L. W. White, Appellant, v. Avvie White, Appellee.

An appeal from a Decree of the Circuit Court for Suwannee County.

Appeal dismissed on motion of counsel for Appellee.

Stafford Caldwell, for Appellant;

B. B. Johnson, for Appellee.

---

G. W. Ashmore and R. W. Ashmore, Plaintiffs in Error, v. J. S.. Crosby, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Leon County.

Writ of Error dismissed for failure to file brief.

John L. Neely, for Plaintiffs in Error;

W. J. Oven, for Defendant in Error.

---

Bank of Sarasota, a Corporation, Appellant, v. J. E. Moore, Appellee.

Appeal from a Decree of the Circuit Court for Manatee County.

Decree of the Circuit Court affirmed; Per Curiam decision of the Court.

C. T. Curry and Sparkman & Carter, for Appellant;

Singeltary & Reaves, for Appellee.